UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

MICHAEL BURWASSER

      Plaintiff,                     CIVIL ACTION NO.
                                          1:08 CV 0642 WMN

V.

ENCORE RECEIVABLE MANAGEMENT, INC.

      Defendants.                 JULY 14, 2008

## STIPULATION FOR DISMISSAL

The Plaintiff through his attorney Bernard T. Kennedy, and Defendant Encore Receivable Management, Inc. stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

                                                THE PLAINTIFF

                                                BY/S/Bernard T. Kennedy
                                                  Bernard T. Kennedy, Esquire
                                                  Bernard T. Kennedy & Associates
                                                  P.O. Box 657
                                                  Edgewater, MD 21037
                                                  Ph  (443) 607-8901
                                                  Fax (443) 607-8903
                                                  Fed. Bar # Md26843
                                                  bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 7/14/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy